IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCY VELASQUEZ,

    Plaintiff,

  v.

ENGELBERTO TEJEDA, et al.,

    Defendants.

No. C 15-2261 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S LETTER RE: SITE INSPECTION**

    The Court is in receipt of plaintiff Marcy Velasquez's letter,[1] filed November 10, 2015, in which plaintiff states defendants refuse to conduct a joint inspection of the premises; she requests "a phone conference be set to resolve this matter or sanctions be issued against [d]efendants." Pursuant to Civil Local Rule 72-1, plaintiff's letter and all further discovery matters are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter

---

[1] For future reference, plaintiff is reminded that any written request to the Court for an order must be presented by motion or stipulation. See Civil L.R. 7-1(a).

1  Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties as to
2  how that Magistrate Judge intends to proceed.  The Magistrate Judge may issue a ruling,
3  order more formal briefing, or set a telephone conference or a hearing.
4         The parties will be advised of the date, time and place of the next appearance, if
5  any, by notice from the assigned Magistrate Judge's chambers.
6         **IT IS SO ORDERED**.
7  Dated: November 18, 2015

   _____
   MAXINE M. CHESNEY
   United States District Judge