# FLOYD LAW FIRM
## A California Partnership
819 Seventh Street
Eureka, California 95501
Telephone:(707) 445-9754
Facsimile:(707) 445-5915
E-mail: bcfloyd@floydlawfirm.net

Attorneys:

Bradford C Floyd
Carlton D. Floyd

November 24, 2015

Honorable Joseph C. Spero
Chief Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue, 16th Floor, Suite 1111
San Francisco CA 94102

RE: Velasquez v. Engelberto Tejeda and Maria Molina dba El Pueblo Market
Case No. 1:15-cv-02261-~~NJV~~ MMC

Dear Judge Spero:

We are in receipt of your Notice of Reference, Order to Meet and Confer and File Joint Letter of today's date. Your Order provides that the lead counsel for Plaintiff and Defendant are to meet and confer within 10 days from the date of the Order, which would be by December 4, 2015.

Mr. Floyd is scheduled to be in a week-long civil trial in Siskiyou County commencing November 30 through December 4, 2015. However, we have previously scheduled a meeting between Jason Singleton, Plaintiff's counsel, and Mr. Floyd, defendants' counsel, for Monday, December 7, 2015, concerning this matter. We, therefore, request to be allowed until December 7, 2015, to meet and confer with Plaintiff's counsel and prepare and submit a detailed Joint Letter to the Court five days after the meeting.

Thank you for your courtesy and consideration.

Dated: 11/30/15

Sincerely,

Gina M. Emery, CCLS, Paralegal

IT IS SO ORDERED
Judge Joseph C. Spero

GME/
cc. Jason Singleton