1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**
   **P. O. BOX 245**
3  **Eureka, CA 95502**
4
   **(707) 441-1177**
5
6  **Attorney for Plaintiff, MARCY VELASQUEZ**
7
8                          UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,** | Case No. 1:15-cv-2261 MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREFUDICE AND** ~~(Proposed)~~ **ORDER FRCP 41(a)(1)(A)(ii)** |
| v. | |
| **ENGELBERTO TEJEDA and MARIA MOLINA dba EL PUEBLO MARKET, and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Plaintiff **MARCY VELASQUEZ** and Defendants **ENGELBERTO TEJEDA and MARIA MOLINA dba EL PUEBLO MARKET** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

   2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

///

///

///

Stipulation of Dismissal/Order                1                **1:15-cv-2261 MMC**

**SINGLETON LAW GROUP**

Dated:   January 12, 2016      /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **MARCY VELASQUEZ**

**FLOYD LAW FIRM**

Dated:   January 6, 2016      /s/ Bradford C. Floyd
Bradford C. Floyd, Attorney for Defendants
**ENGELBERTO TEJEDA and MARIA MOLINA dba EL PUEBLO MARKET**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Velasquez vs. Tejeda, et al.</u>, Case Number 15 CV 2261 MMC, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated:   January 12, 2016               _____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE